# THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, *et al.*, | |
| *Plaintiffs,* | No. 1:26-cv-12443 |
| v. | Hon. Patti B. Saris |
| UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON*, in her official capacity as Secretary of Education*, | |
| *Defendants*. | |

## <u>NOTICE OF UPDATED DEPARTMENT ACTION</u>

For the Court's awareness, the Department reports that it has updated the technical guidance previously published on June 29, 2026.  The updated guidance is attached to this notice.

1

Date: July 10, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
KATHRYN L. ALKIRE
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-5980
E-mail: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system.

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE

2