THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN NURSES ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | No. 1:26-cv-12443 |
| v. | Hon. Patti B. Saris |
| UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON*, in her official capacity as Secretary of Education*, | |
| *Defendants*. | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendants respectfully move for an extension time to file an answer to Plaintiffs' Amended Complaint until 30 days after the Court's disposition of Plaintiffs' pending motion for a preliminary injunction and a stay under 5 U.S.C. § 705. Defendants conferred with Plaintiffs, who do not oppose the requested relief.

Plaintiffs filed suit on May 29, 2026, against Defendants, the United States Department of Education and Linda McMahon in her official capacity as the Secretary of Education. Compl., ECF No. 1. Plaintiffs filed an Amended Complaint on June 15, 2026. Am. Compl., ECF No. 41. Defendants' deadline to respond to the Amended Complaint is currently Monday, August 3, 2026. On June 2, 2026, Plaintiffs filed a motion for a preliminary injunction and a stay under 5 U.S.C. § 705.  ECF No. 21 ("Motion"). On July 1, 2026, the Court held oral argument on Plaintiffs' Motion, which remains pending.

A district court possesses the inherent power to reasonably manage its own docket, consistent with relevant rules and statutes. *Dietz v. Bouldin*, 579 U.S. 40, 45–46 (2016). Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a

1

specified time, the court may, for good cause, extend the time . . . before the original time or its extension expires."

Good cause exists for the requested extension. The resolution of the pending Motion may substantially affect the scope and course of this litigation. Extending Defendants' answer deadline until 30 days after the Court resolves the Motion will promote efficiency and conserve party resources. The requested extension will not prejudice any party, and Plaintiffs do not oppose the requested relief.

For the forgoing reasons, Defendants respectfully request that the Court extend Defendants' answer deadline to 30 days after the Court's disposition of Plaintiffs' pending Motion.

Date: July 30, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Kathryn Alkire*
KATHRYN L. ALKIRE
CHRISTIAN DIBBLEE
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 451-7743
E-mail: Kathryn.L.Alkire@usdoj.gov

*Counsel for Defendants*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I certify that pursuant to Local Rule 7.1(a)(2), I conferred with counsel for Plaintiffs who indicated that Plaintiffs do not oppose the requested relief.

*/s/ Kathryn Alkire*
KATHRYN L. ALKIRE

## **CERTIFICATE OF SERVICE**

I certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system.

*/s/ Kathryn Alkire*
KATHRYN L. ALKIRE